JS-6

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
Jean M. Turk CA State Bar No.: 131517
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN MELISSA MAJOR,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br>Defendant | Case No.: CV 2:19-0673 AFM<br><br>[~~PROPOSED~~] **JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED:  4/16/2020            _____
                                            HONORABLE ALEXANDER F. MACKINNON
                                            UNITED STATES MAGISTRATE JUDGE

-1-